**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MELISSA FELIX,** | **Case No.:** 1:24-cv-00518-JLT-BAM |
| Plaintiff, | *HON. JENNIFER L. THURSTON* |
| v. | *HON. MAG. BARBARA A. MCAULIFFE* |
| **UNIFIN, INC.,** | **ORDER OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II)** |
| Defendant. | |

///

///

///

///

///

///

///

**ORDER OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II)**

# ORDER

On October 14, 2024, the parties filed a stipulation of dismissal of this action without prejudice and stating that each party would bear its own attorneys' fees and costs. (Doc. 11.) In light of the stipulated dismissal, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). This Court VACATES all pending dates and matters. The Clerk of the Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

Dated: **October 15, 2024**          /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE